CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

DEC 09 2013

JULIA C. DUDLEY, CLERK
BY:
    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| BERNARD WILLIAM KING, | ) | |
|     Plaintiff, | ) | Civil Action No. 7:13cv00434 |
| | ) | |
| v. | ) | **FINAL ORDER** |
| | ) | |
| R.W. WHITT, *et al.*, | ) | By: Samuel G. Wilson |
|     Defendants. | ) | United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby **ORDERED** and **ADJUDGED** that King's case is **DISMISSED without prejudice** and this action is **STRICKEN** from the active docket of the court.

The Clerk is directed to send copies of this order and accompanying memorandum opinion to the parties.

**ENTER:** This 6th day of December, 2013.

_____
United States District Judge